

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00012-CV

IN RE LAURA ANN TRITT                                                          RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and both of the relator's motions for emergency relief and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus and both of the relator's motions for emergency relief are denied.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: January 10, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).